Case 2:21-cv-00022-JMS-MJD    Document 1    Filed 01/11/21    Page 1 of 2 PageID #: 1

2:21-cv-22-JRS-DLP

**FILED**
**01/11/2021**
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
Roger A.G. Sharpe, Clerk

1-4-2021

My name is Joshua Reedy and I am in the Vigo County jail. I'm filing a law suit against the Sheriff and Medical staff for the reason of gross neglagance and inhuman living conditions. Around Nov 20, 2020, B Block inmates were feeling sick and told staff and medical about it. They did nothing about it. As the weeks went on nothing changed and the inmates still felt the same. The staff refused to look into the problem. Then on Dec 4th 2020 the staff gave inmates in B block mask to wear. Later that same night a inmate of B.block went to the hospital and was told he was Covid positive. Dec 5th 2020 B block was tested for covid which resulted in 5 more positive cases. The inmates Gary Drum, Joe Hofman, Eric Matheny, Edward White, and Jeffery Recupido where removed from the block because of positive covid test. Remaining inmates was still complaining to staff about the conditions of the block being sick. On Dec 6th around 7:04am inmate Fred Whitlock collapsed after grabing his breakfast tray. Officer Switzer came in the block and seen Whitlock layed on the ground. Switer called for medical. It took 15 minutes for medical to even respond. After another 15 minutes fire department came to B block where they took Whitlock to the hospital where he later passed away.



A attopse was done and the results confirmed that Whitlock died of Covid and other related issues. The block morned the death of Whitlock. He lost his life because of the gross neglagance of the jail staff. We as one told staff something was not right in the block. Nothing but more Covid test where the results of our complaints. The 5 inmates with Covid still remained in B block with us. Dec 9th, 2020 staff finally took all inmates out of the block and put us on lock down. We only got 1 hour a day out of our cells note that inmates where still able to interact with eachother through the bars. Nothing changed. If we wanted to see medical staff we where told it would cost $15. Us who got little to no money had to make a choice to seek medical help and pay, or eat food and be able to call home. We was sitting in a death trap and was not given proper treatment to prevent getting the virus. Mr. Whitlock could still be here today if proper action was taken at the Vigo Co. Jail. I'm sueing for gross neglagance, inhumane living conditions, and pain and suffering.

Joshua Lee Reedy