UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA LEE REEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:21-cv-00022-JMS-MJD |
| ) | |
| JOHN PLASSE, ) | |
| VIGO COUNTY JAIL, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT and this action is **dismissed without prejudice**.

Date: 3/9/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Roger A. Sharpe, Clerk of Court

By: _____
  Deputy Clerk

Distribution:

JOSHUA LEE REEDY
VIGO COUNTY JAIL
201 Cherry Street
Terre Haute, IN 47807